UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL CORNIA GRIJALVA, | Case No.  1:26-cv-05028-FJS |
| Plaintiff, | ORDER ON APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING CLERK TO ISSUE SUMMONS AND SCHEDULING ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 2) |
| Defendant. | |

Pending before the court is Plaintiff's application to proceed in forma pauperis under 28 U.S.C. § 1915. Plaintiff has made the showing required by section 1915, and the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a). Accordingly, IT IS HEREBY ORDERED as follows:

1.      Plaintiff's application to proceed in forma pauperis is GRANTED;

2.      The clerk of the court is directed to issue new case documents, including the scheduling order;

3.      The clerk of the court also is directed to issue summons and service shall proceed under the court's e-service program with the clerk delivering to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint.

IT IS SO ORDERED.

Dated:   **July 7, 2026**

_____
UNITED STATES MAGISTRATE JUDGE