Melissa Newel (CA SB#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA 94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
APRIL CORNIA GRIJALVA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL CORNIA GRIJALVA,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | No. 1:26-CV-05028 (FJS)<br><br>STIPULATION FOR BRIEFING EXTENSION; ORDER |

On June 29, 2026, Plaintiff April Cornia Grijalva filed a civil action for judicial review of the defendant Commissioner of Social Security's decision denying her application for Social Security disability insurance benefits. (ECF Doc. 1) The Defendant responded to Plaintiff's Complaint on September 2, 2026. (ECF Doc. 8) Plaintiff's motion for summary judgment is due to be filed on or before October 2, 2026. (ECF Doc. 4, p.2:17-18)

Pursuant to this Court's Scheduling Order, Plaintiff seeks an extension of thirty (30) days to file her motion. (ECF Doc. 4 at p. 3:17-19) This is Plaintiff's first request for an extension of time. Plaintiff's counsel seeks the extension due to unanticipated out-of-state travel and time away from

the office in connection with a family member's terminal illness. The defendant has no objection to the requested extension.

Respectfully submitted,

Dated: September 28, 2026

NEWEL LAW

By: *Melissa Newel*

Melissa Newel
Attorney for Plaintiff
APRIL CORNIA GRIJALVA

Dated: September 28, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration

By: Oscar Gonzalez de Llano*

OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
Attorney for Defendant
*(*authorized by email dated 09/28/2026*)

ORDER

Good cause having been shown, IT IS ORDERED that Plaintiff shall be granted an extension of time of thirty (30) days to file her opening brief. The opening brief shall be filed on or before November 2, 2026, and the opposition and reply brief deadlines shall be extended accordingly.

IT IS SO ORDERED.

Dated: **October 1, 2026**

UNITED STATES MAGISTRATE JUDGE