UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL CORNIA GRIJALVA,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. 1:26-CV-05028-FJS (SS)<br>ORDER GRANTING PARTIES' STIPULATION FOR A SECOND EXTENSION OF TIME FOR PLAINTIFF TO FILE THEIR OPENING BRIEF<br>(ECF No. 12) |

On June 29, 2026, Plaintiff April Cornia Grijalva filed a civil action for judicial review of the defendant Commissioner of Social Security's decision denying her application for Social Security disability insurance benefits. (ECF Doc. 1) The Defendant responded to Plaintiff's Complaint on September 2, 2026. (ECF Doc. 8) The Court approved the parties' stipulation to extend the deadline for Plaintiff's motion for summary judgment by thirty (30) days to November 2, 2026. (ECF Doc. 11)

Pursuant to this Court's Scheduling Order [ECF Doc. 4 at p. 3:17-19], Plaintiff seeks a further extension of sixty (60) days to file her motion due to counsel breaking their arm, confirmed by X-rays on October 19 and 21, 2026. Plaintiff's counsel, a solo practitioner, sincerely regrets the further extension request; however, the injury restricts mobility necessary to type lengthy legal briefs. The defendant has no objection to the requested second extension.

Respectfully submitted,

Dated: October 27, 2026

NEWEL LAW

By: *Melissa Newel*

Melissa Newel
Attorney for Plaintiff
APRIL CORNIA GRIJALVA

Dated: October 27, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration

By: Oscar Gonzalez de Llano*

OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
Attorney for Defendant
*(*authorized by email dated 10/27/2026*)

ORDER

Based on the Parties' stipulation (ECF No. 12), and for good cause appearing, the court HEREBY ORDERS that Plaintiff shall be granted a further extension of time of sixty (60) days to file her opening brief. Plaintiff's opening brief SHALL be filed on or before January 4, 2027, and all deadlines are modified accordingly.

IT IS SO ORDERED.

Dated: **October 28, 2026**

UNITED STATES MAGISTRATE JUDGE